**Opinion issued April 24, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00229-CV

———————————

**THOR KIRBY 3 GROUP, LLC, Appellant**

**V.**

**FRANCES H. PENGRA AND ED ALLDAY, NORA G. AND HENRY C. ADAMS, JR., MARTHA BRUCE AND C. WAYNE BARDWELL, CHARLES BUSCH, JOHN D. CARRARA, JR., MAUDE L. CARTER, MICHAEL CROWSON, MARY K. AND JOHN DANIEL, POLLY REED DANIEL, CAREY S. AND PATTI MOSTELLER DAVIS, KATHERINE KING AND MANOLO T. DE PERIO, ADELMA GRAHAM, RANDALL B. HALE, TRACY HALE, DANIEL K. HEDGES, VERA L. AND KIRBY M. KEAHEY, SUSAN AND THOMAS J. KEEFE, SUSAN B. AND RICHARD P. KEETON, WENDY AND MAVIS KELSEY, JR., JAMIE AND MARK LOVELAND, STEPHEN MASSAD, LUCINDA Y. AND WILLIAM E. MATTHEWS, JULIA W. MCILHERAN, BERT MELNICK, CLARE T. CASADEMONT AND MICHAEL METZ, DAVID A. MODESSETT, CARL MOORE, FRANCES AND CHARLES N. PENDERGRAFT, CAROL AND WILLIAM PROLER, ADRIAN T. AND REX C. ROSS, JAY B. RUSOVICH, FRANCINE AND BRUCE SPAIN, SUSAN AND RICHARD STASNEY, THE DAVID CROCKETT ADDITION ARCHITECTURAL COMMITTEE, AND**

**THE DAVID CROCKETT ADDITION HOMEOWNERS ASSOCIATION,**
Appellees

And

**FRANCES H. PENGRA AND ED ALLDAY, NORA G. AND HENRY C. ADAMS, JR., MARTHA BRUCE AND C. WAYNE BARDWELL, CHARLES BUSCH, JOHN D. CARRARA, JR., MAUDE L. CARTER, MICHAEL CROWSON, MARY K. AND JOHN DANIEL, POLLY REED DANIEL, CAREY S. AND PATTI MOSTELLER DAVIS, KATHERINE KING AND MANOLO T. DE PERIO, ADELMA GRAHAM, RANDALL B. HALE, TRACY HALE, DANIEL K. HEDGES, VERA L. AND KIRBY M. KEAHEY, SUSAN AND THOMAS J. KEEFE, SUSAN B. AND RICHARD P. KEETON, WENDY AND MAVIS KELSEY, JR., JAMIE AND MARK LOVELAND, STEPHEN MASSAD, LUCINDA Y. AND WILLIAM E. MATTHEWS, JULIA W. MCILHERAN, BERT MELNICK, CLARE T. CASADEMONT AND MICHAEL METZ, DAVID A. MODESSETT, CARL MOORE, FRANCES AND CHARLES N. PENDERGRAFT, CAROL AND WILLIAM PROLER, ADRIAN T. AND REX C. ROSS, JAY B. RUSOVICH, FRANCINE AND BRUCE SPAIN, SUSAN AND RICHARD STASNEY, THE DAVID CROCKETT ADDITION ARCHITECTURAL COMMITTEE, AND THE DAVID CROCKETT ADDITION HOMEOWNERS ASSOCIATION,**
Appellants

V.

**THOR KIRBY 3 GROUP, LLC, GWV KIRBY LLC, GWV PATIO, LLC, ANDY AWEIDA, MOHAMMAD BARATIZADEH A/K/A JEFF BARATI, MAURICE OJEDA, AND TAREK HASSAN,** Appellees

And

**GWV KIRBY LLC,** Appellant

V.

**FRANCES H. PENGRA AND ED ALLDAY, NORA G. AND HENRY C. ADAMS, JR., MARTHA BRUCE AND C. WAYNE BARDWELL, CHARLES BUSCH, JOHN D. CARRARA, JR., MAUDE L. CARTER, MICHAEL CROWSON, MARY K. AND JOHN DANIEL, POLLY REED DANIEL, CAREY S. AND PATTI MOSTELLER DAVIS, KATHERINE**

**KING AND MANOLO T. DE PERIO, ADELMA GRAHAM, RANDALL B. HALE, TRACY HALE, DANIEL K. HEDGES, VERA L. AND KIRBY M. KEAHEY, SUSAN AND THOMAS J. KEEFE, SUSAN B. AND RICHARD P. KEETON, WENDY AND MAVIS KELSEY, JR., JAMIE AND MARK LOVELAND, STEPHEN MASSAD, LUCINDA Y. AND WILLIAM E. MATTHEWS, JULIA W. MCILHERAN, BERT MELNICK, CLARE T. CASADEMONT AND MICHAEL METZ, DAVID A. MODESSETT, CARL MOORE, FRANCES AND CHARLES N. PENDERGRAFT, CAROL AND WILLIAM PROLER, ADRIAN T. AND REX C. ROSS, JAY B. RUSOVICH, FRANCINE AND BRUCE SPAIN, SUSAN AND RICHARD STASNEY, THE DAVID CROCKETT ADDITION ARCHITECTURAL COMMITTEE, AND THE DAVID CROCKETT ADDITION HOMEOWNERS ASSOCIATION,**
**Appellees**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-20523**

---

## MEMORANDUM OPINION

Thor Kirby 3 Group, LLC, GWV Kirby LLC, and Frances H. Pengra and Ed Allday, Nora G. and Henry C. Adams, Jr., Martha Bruce and C. Wayne Bardwell, Charles Busch, John D. Carrara, Jr., Maude L. Carter, Michael Crowson, Mary K. and John Daniel, Polly Reed Daniel, Carey S. and Patti Mosteller Davis, Katherine King and Manolo T. de Perio, Adelma Graham, Randall B. Hale, Tracy Hale, Daniel K. Hedges, Vera L. and Kirby M. Keahey, Susan and Thomas J. Keefe, Susan B. and Richard P. Keeton, Wendy and Mavis Kelsey, Jr., Jamie and Mark Loveland, Stephen Massad, Lucinda Y. and William E. Matthews, Julia W.

McIlheran, Bert Melnick, Clare T. Casademont and Michael Metz, David A. Modessett, Carl Moore, Frances and Charles N. Pendergraft, Carol and William Proler, Adrian T. and Rex C. Ross, Jay B. Rusovich, Francine and Bruce Spain, Susan and Richard Stasney, The David Crockett Addition Architectural Committee, and The David Crockett Addition Homeowners Association filed a joint motion to dismiss this appeal in its entirety. Previously, at the parties' request, this appeal was abated for the parties to effectuate their settlement agreement. In compliance with the abatement order, the parties have now notified the Court that an agreement has been effectuated. Accordingly, the appeal is ordered reinstated, the joint motion to dismiss is granted, and the appeal is dismissed, with costs taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f).

The Clerk is directed to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.